**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William Paul Hoever                                    CHAPTER 13
        Lisa Ashley Hoever

                  Debtor(s)                                BKY. NO. 24-12002 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                               Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
01 Jul 2024, 16:11:32, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322

Document ID: 09d73d22d2eabe869fe3690861ed5432bccc3538d5356ceb381f2c3d6a6686e4