Certificate Number: 17082-PAE-DE-038692636

Bankruptcy Case Number: 24-12002



17082-PAE-DE-038692636

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2024, at 6:41 o'clock PM MST, LISA A HOEVER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 22, 2024

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director