| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-12002-PMM**

| | |
|---|---|
| William Paul Hoever | Petition Filed Date: 06/11/2024 |
| Lisa Ashley Hoever | 341 Hearing Date: 07/30/2024 |
| 1060 Arbor Ln | Confirmation Date: |
| Slatington  PA   18080 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/15/2024 | $200.00 | | | | | | | |

**Total Receipts for the Period: $200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $1,153.79 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $9,021.99 | $0.00 | $0.00 |
| 4 | ONE MAIN FINANCIAL GROUP LLC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ONE MAIN FINANCIAL GROUP LLC<br>»» 04U | Unsecured Creditors | $1,817.99 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $100.42 | $0.00 | $0.00 |
| 7 | RESURGENT RECEIVABLES, LLC<br>»» 006 | Unsecured Creditors | $1,569.96 | $0.00 | $0.00 |
| 8 | RESURGENT RECEIVABLES, LLC<br>»» 007 | Unsecured Creditors | $382.22 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $5,680.66 | $0.00 | $0.00 |
| 10 | PENNYMAC  LOAN SERVICES LLC<br>»» 009 | Mortgage Arrears | $1,786.30 | $0.00 | $0.00 |
| 11 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $1,525.88 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,737.55 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,501.50 | $0.00 | $0.00 |
| 14 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $1,217.27 | $0.00 | $0.00 |
| 15 | BANK OF AMERICA NA<br>»» 014 | Unsecured Creditors | $6,316.80 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,054.24 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12002-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $31,126.43 | $0.00 | $0.00 |
| 18 | MISSION LANE LLC<br>»» 017 | Unsecured Creditors | $895.65 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $40.00 | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $360.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.