United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                                          Case No. 24-12002-pmm
William Paul Hoever                                              Chapter 13
Lisa Ashley Hoever
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                                   User: admin                                                               Page 1 of 3
Date Rcvd: Dec 05, 2024                                      Form ID: 155                                                   Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Paul Hoever, Lisa Ashley Hoever, 1060 Arbor Ln, Slatington, PA 18080-1201 |
| 14917824 | + | Mission Lane LLC, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14903712 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14896683 | | SYNCB/Lowes, Po Box 71727, Alpharetta, GA 30005 |
| 14896682 | + | Syncb/Care Credit Dual, Po Box 71757, Philadelphia, PA 19176-1757 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14896670 | + | Email/PDF: bncnotices@becket-lee.com | Dec 06 2024 00:11:30 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14898539 | + | Email/Text: bkfilings@zwickerpc.com | Dec 05 2024 23:59:00 | American Express National Bank, c/o Zwicker & Associates, PC, 80 Minuteman Road, PO Box 9043, Andover, MA 01810-0943 |
| 14902247 | + | Email/Text: bkfilings@zwickerpc.com | Dec 05 2024 23:59:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14896671 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 05 2024 23:58:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14915797 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 05 2024 23:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14896672 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2024 00:12:37 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14896674 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2024 23:59:52 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14896673 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2024 23:59:31 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14896675 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 05 2024 23:59:30 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14905137 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 05 2024 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14915947 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14896676 | | Email/Text: ml-ebn@missionlane.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 155 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 05 2024 23:58:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 14896677 | + | Email/PDF: cbp@omf.com | Dec 06 2024 00:12:17 | One Main, 100 International Drive 15th Floor, Baltimore, MD 21202-4784 |
| 14896678 | + | Email/PDF: cbp@omf.com | Dec 06 2024 00:12:45 | OneMain, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14907238 | + | Email/PDF: cbp@omf.com | Dec 05 2024 23:59:53 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14903574 | ^ | MEBN | Dec 05 2024 23:54:04 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14913090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2024 00:00:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14896679 | + | Email/PDF: ebnotices@pnmac.com | Dec 06 2024 00:00:27 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14914960 | + | Email/PDF: ebnotices@pnmac.com | Dec 06 2024 00:00:27 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14917809 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2024 23:58:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14908303 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2024 23:58:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14912730 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:53 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14896681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2024 00:00:18 | SYNCB/Ashley Home Stores, PO Box 71757, Philadelphia, PA 19176-1757 |
| 14896680 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 06 2024 00:00:23 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14916027 | | Email/Text: bncmail@w-legal.com | Dec 05 2024 23:58:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14896684 | + | Email/Text: bncmail@w-legal.com | Dec 05 2024 23:58:00 | Target/TD, PO BOX 673, Minneapolis, MN 55440-0673 |
| 14896685 | | Email/Text: bknotice@upgrade.com | Dec 05 2024 23:58:00 | Upgrade Inc, 275 Battery St - FL 23, San Francisco, CA 94111 |
| 14896885 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 06 2024 00:00:23 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14917508 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 155 | Total Noticed: 33 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

**Name**               **Email Address**

CHARLES LAPUTKA
                       on behalf of Debtor William Paul Hoever claputka@laputkalaw.com
                       jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
                       on behalf of Joint Debtor Lisa Ashley Hoever claputka@laputkalaw.com
                       jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
                       on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                       ECFMail@ReadingCh13.com

United States Trustee
                       USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   William Paul Hoever ) | Case No. 24−12002−pmm |
| ) | |
| ) | |
|   Lisa Ashley Hoever ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 5, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court