### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa Ashley Hoever<br>William Paul Hoever<br><u>Debtor(s)</u> | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br><u>Moving Party</u><br>vs. | NO. 24-12002 PMM |
| Lisa Ashley Hoever<br>William Paul Hoever<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Scott F. Waterman<br><u>Trustee</u> | |

### ORDER

AND NOW, this 25th day of April, 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge