# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Paul Hoever<br>Lisa Ashley Hoever | Case # 24-12002 |
| Debtors | CHAPTER 13 |

### O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Chapter 13 Plan (doc # 35, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 34) is **APPROVED**.

BY THE COURT:

*Patricia M. Mayer*

**Date:** 5/29/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**