## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William Paul Hoever                   No: 24-12002-PMM
       Lisa Ashley Hoever
           Debtors                   CHAPTER 13

### CERTIFICATE OF NO RESPONSE AND
### REQUEST FOR ENTRY OF ORDER

I, Charles Laputka, Esquire, counsel for the Debtor, hereby certify the following:

1.      The Application to Employ was timely served on all interested parties as is shown on the certificate of service previously filed with the Application.

2.      No objections, responses, or requests for hearing on the Motion have been received, and as of April 7, 2026, a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Motion have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the Application, granting the requested relief.

Dated: April 7, 2026                    /s/ *Charles Laputka, Esquire*
                                              CHARLES LAPUTKA, Esquire
                                              PA I.D. No. 91984
                                              1344 West Hamilton Street
                                              Allentown, PA 18102
                                              Phone: (610) 477-0155
                                              Facsimile: (484)350-3581