## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Paul Hoever<br>Lisa Ashley Hoever<br>Debtors | No: 24-12002-PMM<br><br>CHAPTER 13 |

## ORDER

Upon consideration of the Motion to Sell Real Property filed by the Debtors, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby;

**ORDERED,** that Debtor is granted permission to sell his real property located at 1060 Arbor Lane, Slatington Borough, Lehigh County, Pennsylvania 18080 ("Property"), for the sale price of $415,000.00 pursuant terms of a certain real estate agreement of sale dated as of February 22, 2026, to the buyers thereunder, Bertine Ahrendts and Jean Rosier Pierre. ("Buyers"), who have represented they are purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1.  Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

2.  Liens paid at closing to satisfy secured claim of:
    a.  PennyMac Loan Services, LLC, First position Mortgage (Approximately $277,190.52 balance) (Actual balance to be determined prior to closing) (**PennyMac Loan Services, LLC will be paid in full at the time of closing**).
    b.  U.S. Department of Housing and Urban Development, (Approximately $11,528.35 balance) (Actual balance to be determine prior to closing) (**U.S. Department of Housing and Urban Development will be paid in full at the time of closing**).

3.  Real estate taxes, sewer, trash and/or other such items as determined
    necessary to pass insurable title

4.  Property repairs, if any

5.  Real estate commissions/Broker fee is 5.0%.

6.  Any small (less than $300) allowances agreed to be made
    to Buyer to settle any unforeseen dispute arising at
    settlement.

7.   Closing will be completed within sixty (60) days from the date of this Order.

8.   Attorney Fees in the amount of $750.00 to Laputka Law Office, LLC.

After paying all liens in full, all costs of sale and the items disclosed above, the title clerk

shall pay the approximate amount of **$19,446.00** (Actual balance to be determine prior to

closing) from the sales proceeds to the Chapter 13 Trustee Scott Waterman, the remaining

amount of the sale proceeds will be distributed to the Debtor.

The title clerk shall fax a copy of the disbursement check and HUD-1 or Settlement Sheet

to the trustee.

**BY THE COURT**

**Date: April 13, 2026**

_Patricia M. Mayer_

—————————————————————

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**