**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: William Paul Hoever** | **No: 24-12002-PMM** |
| **Lisa Ashley Hoever** | |
| **Debtors** | **CHAPTER 13** |

**ORDER APPROVING RETENTION OF REAL ESTATE AGENT/BROKER**

Upon the Application for Appointment of a Professional (the "Application") by the Debtors for an Order appointing a Professional Realtor/Broker and upon consideration of the Application and all pleadings related thereto.;

IT IS HEREBY ORDERD THAT:

1) The Application is GRANTED.

2) Joshua Young of Peak Properties PA a Professional Realtor/Broker is hereby appointed to represent the Debtors during the sale of their property located at 1060 Arbor Lane, Slatington Borough, Lehigh County, Pennsylvania 18080.

3) The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

**BY THE COURT**

**Date: April 13, 2026**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**