United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

William Paul Hoever

Lisa Ashley Hoever

    Debtors

Case No. 24-12002-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Paul Hoever, 1060 Arbor Ln, Slatington, PA 18080-1201 |
| jdb | + | Lisa Ashley Hoever, 1060 Arbor Ln, Slatington, PA 18080-1201 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Apr 15 2026 00:20:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor William Paul Hoever ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Lisa Ashley Hoever ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |

District/off: 0313-4                        User: admin                                      Page 2 of 2

Date Rcvd: Apr 14, 2026                     Form ID: pdf900                                   Total Noticed: 3

JOHN ERIC KISHBAUGH, I
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ekishbaugh@kmllawgroup.com

MATTHEW K. FISSEL
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: **William Paul Hoever** | **No: 24-12002-PMM** |
| **Lisa Ashley Hoever** | |
| **Debtors** | **CHAPTER 13** |

**ORDER**

Upon consideration of the Motion to Sell Real Property filed by the Debtors, upon notice

to all interested parties, upon the filing, and any response thereto, and after a hearing before the

Court and for good cause shown, it is hereby;

**ORDERED,** that Debtor is granted permission to sell his real property located at 1060

Arbor Lane, Slatington Borough, Lehigh County, Pennsylvania 18080 ("Property"), for the sale

price of $415,000.00 pursuant terms of a certain real estate agreement of sale dated as of

February 22, 2026, to the buyers thereunder, Bertine Ahrendts and Jean Rosier Pierre.

("Buyers"), who have represented they are purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of

the Buyer, shall be distributed in the following manner:

1.    Ordinary and reasonable settlement costs, including,
      but not limited to those related to notary services, deed
      preparation, disbursements, express shipping, surveys,
      municipal certifications, or any other such routine matters

2. Liens paid at closing to satisfy secured claim of:
   a. PennyMac Loan Services, LLC, First position Mortgage (Approximately
      $277,190.52 balance) (Actual balance to be determined prior to closing)
      (**PennyMac Loan Services, LLC will be paid in full at the time of closing**).
   b. U.S. Department of Housing and Urban Development, (Approximately
      $11,528.35 balance) (Actual balance to be determine prior to closing) (**U.S.
      Department of Housing and Urban Development will be paid in full at the
      time of closing**).

3.  Real estate taxes, sewer, trash and/or other such items as determined necessary to pass insurable title

4.  Property repairs, if any

5.  Real estate commissions/Broker fee is 5.0%.

6.  Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement.

7.  Closing will be completed within sixty (60) days from the date of this Order.

8.  Attorney Fees in the amount of $750.00 to Laputka Law Office, LLC.

After paying all liens in full, all costs of sale and the items disclosed above, the title clerk shall pay the approximate amount of **$19,446.00** (Actual balance to be determine prior to closing) from the sales proceeds to the Chapter 13 Trustee Scott Waterman, the remaining amount of the sale proceeds will be distributed to the Debtor.

The title clerk shall fax a copy of the disbursement check and HUD-1 or Settlement Sheet to the trustee.

**BY THE COURT**

**Date: April 13, 2026**

_Patricia M. Mayer_

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**