United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 24-12002-pmm

William Paul Hoever                                                                       Chapter 13

Lisa Ashley Hoever

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Paul Hoever, 1060 Arbor Ln, Slatington, PA 18080-1201 |
| jdb | + | Lisa Ashley Hoever, 1060 Arbor Ln, Slatington, PA 18080-1201 |
| r | + | Joshua Young, Peak Properties PA, 825 N 19th St, Allentown, PA 18104-4018 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Apr 15 2026 00:20:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | |
| | on behalf of Joint Debtor Lisa Ashley Hoever ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | |
| | on behalf of Debtor William Paul Hoever ecfnotices@laputkalaw.com |

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 14, 2026                       Form ID: pdf900                                Total Noticed: 4

jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

JOHN ERIC KISHBAUGH, I

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ekishbaugh@kmllawgroup.com

MATTHEW K. FISSEL

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: **William Paul Hoever** | **No: 24-12002-PMM** |
| **Lisa Ashley Hoever** | |
| **Debtors** | **CHAPTER 13** |

**ORDER APPROVING RETENTION OF REAL ESTATE AGENT/BROKER**

Upon the Application for Appointment of a Professional (the "Application") by the Debtors

for an Order appointing a Professional Realtor/Broker and upon consideration of the Application and all

pleadings related thereto.;

IT IS HEREBY ORDERD THAT:

1) The Application is GRANTED.

2) Joshua Young of Peak Properties PA a Professional Realtor/Broker is hereby appointed to

   represent the Debtors during the sale of their property located at 1060 Arbor Lane, Slatington

   Borough, Lehigh County, Pennsylvania 18080.

3) The Court retains jurisdiction with respect to all matters arising from or related to the

   implementation, interpretation and enforcement of this Order.

**BY THE COURT**

**Date: April 13, 2026**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**