**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:** William & Lisa Hoever,                                                    **No: 24-12002**


                  **Debtor**                                      **CHAPTER 13**

**NOTICE OF CHANGE OF ADDRESS**

I, Charles Laputka, Esquire, hereby state that the Debtor, William & Lisa Hoever's

previous address was:


1060 Arbor Ln,
Slatington, PA 18080

Their new address is:


2285 Juniper Dr,
Coplay, PA 18037


Date: May 15, 2026                                      Laputka Law Office, LLC

                                                        /s/ Charles Laputka, Esquire
                                                        Charles Laputka, Esq.
                                                        Attorney for Debtor
                                                        PAID: 91984
                                                        1344 W. Hamilton St.
                                                        Allentown, PA 18102