IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE: WILLIAM PAUL HOEVER )
     LISA ASHLEY HOEVER )  CHAPTER 13
     **Debtor(s)** )
      )
CONSUMER PORTFOLIO SERVICES INC. )  CASE NO. 24-12002-PMM
     **Moving Party** )
      )  11 U.S.C. 362
     v. )
      )
WILLIAM PAUL HOEVER )
LISA ASHLEY HOEVER )
     **Respondent(s)** )
      )
SCOTT F. WATERMAN )
     **Trustee**

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF BANKRUPTCY COURT:**

     Kindly withdraw the Praecipe To Re-List,filed on or about June 25, 2026, number 75 on the docket.

     Date: 6/26/26

                /s/ William E. Craig
                William E. Craig, Esquire
                Attorney ID 92329
                Eisenberg Gold & Agrawal, P.C.
                1040 Kings Highway North #200
                Cherry Hill, NJ 08034
                Phone (856) 330-6200
                Attorney for Consumer Portfolio Services Inc.