IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: WILLIAM PAUL HOEVER ) | |
|     LISA ASHLEY HOEVER ) | CHAPTER 13 |
|     **Debtor(s)** ) | |
| ) | |
| CONSUMER PORTFOLIO SERVICES INC. ) | CASE NO. 24-12002-PMM |
|     **Moving Party** ) | |
| ) | 11 U.S.C. 362 |
|     v. ) | |
| ) | |
| WILLIAM PAUL HOEVER ) | HEARING DATE: **5-26-26 at 10:00 AM** |
| LISA ASHLEY HOEVER ) | |
|     **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|     **Trustee** | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Consumer Portfolio Services Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about June 26, 2026 in the above matter is APPROVED.

Dated:  **June 29, 2026**

BY THE COURT:

_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE