United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12002-pmm |
| William Paul Hoever | Chapter 13 |
| Lisa Ashley Hoever | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 29, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Paul Hoever, Lisa Ashley Hoever, 2285 Juniper Dr, Coplay, PA 18037-2063 |
| cr | + | Consumer Portfolio Services, Inc., Lefkoff, Rubin, Gleason, Russo & William, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342 UNITED STATES 30342-4762 |
| r | + | Joshua Young, Peak Properties PA, 825 N 19th St, Allentown, PA 18104-4018 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jun 30 2026 00:48:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 01, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | |
| | on behalf of Joint Debtor Lisa Ashley Hoever ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | |

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 29, 2026                       Form ID: pdf900                               Total Noticed: 4

                           on behalf of Debtor William Paul Hoever ecfnotices@laputkalaw.com
                           jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

JOHN ERIC KISHBAUGH, I
                           on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ekishbaugh@kmllawgroup.com

MATTHEW K. FISSEL
                           on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                           ECFMail@ReadingCh13.com

United States Trustee
                           USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                           on behalf of Creditor Consumer Portfolio Services  Inc. wcraig@egalawfirm.com,
                           mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: WILLIAM PAUL HOEVER | ) | |
|      LISA ASHLEY HOEVER | ) | CHAPTER 13 |
|     **Debtor(s)** | ) | |
| | ) | |
| CONSUMER PORTFOLIO SERVICES INC. | ) | CASE NO. 24-12002-PMM |
|     **Moving Party** | ) | |
| | ) | 11 U.S.C. 362 |
|     v. | ) | |
| | ) | |
| WILLIAM PAUL HOEVER | ) | HEARING DATE: **5-26-26 at 10:00 AM** |
| LISA ASHLEY HOEVER | ) | |
|     **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
|     **Trustee** | | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Consumer Portfolio Services Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about June 26, 2026 in the above matter is APPROVED.

Dated: **June 29, 2026**

BY THE COURT:

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE