**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: William Paul Hoever**                                     **Case # 24-12002**
**Lisa Ashley Hoever**

**Debtors**                                                            **CHAPTER 13**

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**William Paul Hoever and Lisa Ashley Hoever**, on behalf of their counsel, Charles Laputka, Esquire has filed a Motion for Modification of Plan Post Confirmation.

1. Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

2. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before July 9, 2026 you or your attorney must file a response to the Motion.

3.  A hearing on the Motion is scheduled to be held on July 16, 2026 at 10:00 am via Zoom. For Zoom link, see the current Hearing Calendar for the judge on the Court website. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary Hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5.  You may contact the Bankruptcy Clerk's office(s) in Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:

Clerk, U.S. Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building, Room 103
201 Penn Street
Reading, PA 19601

9.  If you mail your response to the bankruptcy clerk's office for filing, you must   mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10.  On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Charles Laputka, Esquire
Laputka Law Office, LLC
1344 W. Hamilton Street
Allentown, PA 18102

Date: June 18, 2026                                          Laputka Law Office, LLC


/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102
claputka@laputkalaw.com
610/477-0155

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **William Paul However and** | : | |
| **Lisa Ashley However** | : | |
| **Debtors** | : | **Case #  24-12002** |

### CERTIFICATE OF SERVICE

I, Charles Laputka, Esq., certify that on June 18, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified/4th Amended CH 13 Plan

- Motion to Modify Plan, Notice of Motion and Proposed Order

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Laputka Law Office, LLC

Dated: June 18, 2026

/s/Charles Laputka
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102
610/477-0155
claputka@laputkalaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the

next page if necessary:

Name :Scott F. Waterman, Trustee
Address: P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
Relationship: CH 13 Trustee


Via:   CM/ECF          1st Class Mail          Certified Mail          X - e-mail:
ECFMail@ReadingCh13.com
Other:

Name :Office of the US Trustee
Address: 833 Chestnut Street, Suite 500
Philadelphia, PA  19107
Relationship: US Trustee

Via:   CM/ECF          1st Class Mail          Certified Mail          X - e-mail:
USTPRegion03.PH.ECF@usdoj.gov
Other:

Name :Denise Elizabeth Carlon, Esquire
Address: KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
Relationship: Attorney for PennyMac Loan Services LLC

Via:   CM/ECF          1st Class Mail          Certified Mail          X - e-mail:
dcarlon@kmllawgroup.com
Other:

Name : American Express National Bank, c/o Zwicker & Associates, P.C.
Address: 80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041
Relationship: Attorney for American Express National Bank

Via:   CM/ECF          1st Class Mail          Certified Mail          X - e-mail:
bknotices@zwickerpc.com
Other:

Name: Creditor List attached hereto as an Exhibit

Via:   CM/ECF        X - 1st Class Mail         Certified Mail          e-mail:
Other: