**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: William Paul Hoever** | **Case # 24-12002** |
| **Lisa Ashley Hoever** | |
| | |
| **Debtors** | **CHAPTER 13** |

**O R D E R**

      **AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Chapter

13 Plan (doc # 70, the "Motion"):

      It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Modified Plan (doc. # 69) is **APPROVED**.

            **BY THE COURT:**

**Date:**   7/16/26

            **PATRICIA M. MAYER**
            **U.S. BANKRUPTCY JUDGE**