United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12002-pmm |
| William Paul Hoever | Chapter 13 |
| Lisa Ashley Hoever | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 16, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Paul Hoever, Lisa Ashley Hoever, 2285 Juniper Dr, Coplay, PA 18037-2063 |
| cr | + | Consumer Portfolio Services, Inc., Lefkoff, Rubin, Gleason, Russo & William, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342 UNITED STATES 30342-4762 |
| r | + | Joshua Young, Peak Properties PA, 825 N 19th St, Allentown, PA 18104-4018 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 17 2026 02:18:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | |
| | on behalf of Debtor William Paul Hoever ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | |

District/off: 0313-4                     User: admin                                    Page 2 of 2

Date Rcvd: Jul 16, 2026                  Form ID: pdf900                                 Total Noticed: 4

<table>
<tr><td></td><td>on behalf of Joint Debtor Lisa Ashley Hoever ecfnotices@laputkalaw.com<br>jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com</td></tr>
<tr><td>JOHN ERIC KISHBAUGH, I</td><td>on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ekishbaugh@kmllawgroup.com</td></tr>
<tr><td>MATTHEW K. FISSEL</td><td>on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com</td></tr>
<tr><td>SCOTT F. WATERMAN [Chapter 13]</td><td>ECFMail@ReadingCh13.com</td></tr>
<tr><td>United States Trustee</td><td>USTPRegion03.PH.ECF@usdoj.gov</td></tr>
<tr><td>WILLIAM EDWARD CRAIG</td><td>on behalf of Creditor Consumer Portfolio Services  Inc. wcraig@egalawfirm.com,<br>mortoncraigecf@gmail.com;alapinski@egalawfirm.com</td></tr>
</table>

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: William Paul Hoever** | **Case # 24-12002** |
| **Lisa Ashley Hoever** | |
| **Debtors** | **CHAPTER 13** |

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Chapter

13 Plan (doc # 70, the "Motion"):

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Modified Plan (doc. # 69) is **APPROVED**.

**BY THE COURT:**

**Date:**   7/16/26

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**