Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

William Paul Hoever
Lisa Ashley Hoever
2285 Juniper Dr
Coplay, PA 18037

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-12002-PMM**

Petition Filed Date: 06/11/2024
341 Hearing Date: 07/30/2024
Confirmation Date: 12/05/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $463.00 | | 09/02/2025 | $463.00 | | 10/16/2025 | $463.00 | |
| 11/12/2025 | $463.00 | | 12/08/2025 | $463.00 | | 01/22/2026 | $463.00 | |
| 06/25/2026 | $464.40 | | 07/08/2026 | $464.40 | | | | |

**Total Receipts for the Period: $3,706.80 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,097.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $1,153.79 | $29.90 | $1,123.89 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $9,021.99 | $233.84 | $8,788.15 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ONEMAIN FINANCIAL GROUP LLC<br>»» 04U | Unsecured Creditors | $1,817.99 | $47.12 | $1,770.87 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $100.42 | $0.00 | $100.42 |
| 7 | RESURGENT RECEIVABLES, LLC<br>»» 006 | Unsecured Creditors | $1,569.96 | $40.69 | $1,529.27 |
| 8 | RESURGENT RECEIVABLES, LLC<br>»» 007 | Unsecured Creditors | $382.22 | $0.00 | $382.22 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $5,680.66 | $147.23 | $5,533.43 |
| 10 | PENNYMAC LOAN SERVICES LLC<br>»» 009 | Mortgage Arrears | $205.99 | $205.99 | $0.00 |
| 11 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $1,525.88 | $39.55 | $1,486.33 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,737.55 | $45.03 | $1,692.52 |

**Chapter 13 Case No. 24-12002-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,501.50 | $38.92 | $1,462.58 |
| 14 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $1,217.27 | $31.55 | $1,185.72 |
| 15 | BANK OF AMERICA NA<br>»» 014 | Unsecured Creditors | $6,316.80 | $163.72 | $6,153.08 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,054.24 | $53.24 | $2,001.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $31,126.43 | $806.75 | $30,319.68 |
| 18 | MISSION LANE LLC<br>»» 017 | Unsecured Creditors | $895.65 | $23.21 | $872.44 |
| 19 | JPMCB CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | ONEMAIN FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB/ASHLEY HOMESTORE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | PENNYMAC LOAN SERVICES LLC<br>»» 09P | Mortgage Arrears | $2,109.22 | $2,109.22 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,097.20 | Current Monthly Payment: | $464.00 |
| Paid to Claims: | $6,553.96 | Arrearages: | ($1.20) |
| Paid to Trustee: | $530.72 | Total Plan Base: | $14,056.00 |
| Funds on Hand: | $12.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.